**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| Abramyan, Nina | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 12-cv-01064  (RWR) |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, ET. AL. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of

time up to and including October 1, 2012, to file an Answer or otherwise respond to the

Complaint.

There is good cause supporting this motion.

1. Counsel for Defendants requests additional time because Counsel for Defendants

   is working with Agency Counsel to retrieve the documents Plaintiff requested.

2. Counsel for Defendants has informed Plaintiff that she expects to receive the

   requested documents from Agency counsel by August 13, 2012.  Counsel for

   Defendants has informed Plaintiff's Counsel she will be mailing the requested

   documents once they arrive from Agency Counsel.  Based on conversations with

Plaintiff's counsel, Plaintiff anticipates dismissing the case once she receives the

requested documents.

3.  Counsel for Defendants has spoken with Counsel Plaintiff and Plaintiff consents

to the request for extended time under LCvR 7(m).

4.  This request is not for purposes of delay, but is necessary for Defendants to be

able to adequately address the issues presented in this case.

WHEREFORE, Defendants respectfully request that the motion be granted and they be

given an extension of time through and including October 1, 2012, in which to file an Answer, or

otherwise respond to the Complaint.

A proposed Order is attached.

Date: August 6, 2012

Respectfully submitted,


RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Acting Chief, Civil Division


By: _____/s/_____
LEILA J. LEVI
Special Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 353-4024
leila.levi@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
Abramyan, Nina                                            )
)
              Plaintiff,                           )
)
              v.                                   )     Civil Action No.: 12-cv-01064  (RWR)
)
DEPARTMENT OF HOMELAND                    )
SECURITY, ET. AL.                                        )
)
)
              Defendants.                         )
_____ )

**[PROPOSED] ORDER**

Upon Consideration of the Defendants' motion for an extension of time to answer the

Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall file an

Answer or otherwise respond to the Complaint no later than October 1, 2012.

It is so **ORDERED** by the Court this _____ day of _____, 2012.


                                  _____
                                  **HONORABLE RICHARD W. ROBERTS**
                                  **UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2012, a true and correct copy of the

above Motion for Enlargement of Time was sent to Plaintiff via electronic filing upon the

following :


Anna Darbinian
ASHERSON, KLEIN & DARBINIAN
9150 Wilshire Boulevard
Suite 210
Beverly Hills, CA 90212
(310) 247-6070


                               _____/s/_____

                                LEILA J. LEVI
                               Special Assistant United States Attorney
                               Judiciary Center Building
                               555 Fourth St., N.W., E-4825
                               Washington, D.C. 20530
                               (202) 353-4024
                               leila.levi@usdoj.gov