UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abramyan, Nina ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 12-cv-01064  (RWR) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ET. AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including November 30, 2012, to file an Answer or otherwise respond to the Complaint.

There is good cause supporting this motion.

1. Counsel for Defendants requests additional time because Counsel for Defendants is working with Plaintiff to address the basis of her request. On August 24, 2012, on behalf of the Department of Homeland Security, Counsel for Defendants mailed Plaintiff the documents she requested with some redactions.

2. Counsel for Defendants and Plaintiff's Counsel have engaged in an ongoing conversation about the documents at issue. The parties have agreed to further conversations and require more time to resolve the issue amicably.

3. This is the second motion for an enlargement of time. Currently, an Answer or response is due October 1, 2012.

4. Counsel for Defendants spoke with Plaintiff's Counsel on September 19, 2012. Plaintiff's Counsel consents to the request for extended time under LCvR 7(m).

WHEREFORE, Defendants respectfully request that the motion be granted and they be given an extension of time through and including November 30, 2012, in which to file an Answer, or otherwise respond to the Complaint.

A proposed Order is attached.

Date:  September 21, 2012

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By:  _____/s/_____
        LEILA J. LEVI
        Special Assistant United States Attorney
        555 Fourth St., N.W.
        Washington, D.C. 20530
        (202) 353-4024
        leila.levi@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abramyan, Nina ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 12-cv-01064 (RWR) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ET. AL. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon Consideration of the Defendants' motion for an extension of time to answer the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall file an Answer or otherwise respond to the Complaint no later than November 30, 2012.

It is so **ORDERED** by the Court this _____ day of _____, 2012.

_____
**HONORABLE RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2012, a true and correct copy of the above Motion for Enlargement of Time was sent to Plaintiff via electronic filing upon the following :

Anna Darbinian
ASHERSON, KLEIN & DARBINIAN
9150 Wilshire Boulevard
Suite 210
Beverly Hills, CA 90212
(310) 247-6070

_____/s/_____
 LEILA J. LEVI
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., E-4825
Washington, D.C. 20530
(202) 353-4024
leila.levi@usdoj.gov