**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Abramyan, Nina ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 12-cv-01064 (RWR) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ET. AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR AN ENLARGMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including December 13, 2012, to file an Answer or otherwise respond to the Complaint.

There is good cause supporting this motion. This is the third and final motion for an enlargement of time. Currently, an Answer or response is due November 30, 2012.

Counsel for Defendants spoke with Plaintiff's Counsel on November 21, 2012 and November 27, 2012 to try to resolve the issues in this case. Discussions between the parties to resolve this matter without further litigation failed. Hence, this will go forward but Defendants need additional time to focus on the litigation issues in the case.

Plaintiff's Counsel consents to the request for extended time under LCvR 7(m).

WHEREFORE, Defendants respectfully request that the motion be granted and they be given an extension of time through and including December 13, 2012, in which to file an Answer, or otherwise respond to the Complaint.

A proposed Order is attached.

Date:  November 29, 2012

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By: _____/s/_____
        LEILA J. LEVI, D.C. Bar # 10007178
        Special Assistant United States Attorney
        555 Fourth St., N.W.
        Washington, D.C. 20530
        (202) 353-4024
        leila.levi@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Abramyan, Nina ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 12-cv-01064 (RWR) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ET. AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

Upon Consideration of the Defendants' motion for an extension of time to answer the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall file an Answer or otherwise respond to the Complaint no later than December 13, 2012.

It is so **ORDERED** by the Court this _____ day of _____, 2012.


_____
**HONORABLE RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2012, a true and correct copy of the above Motion for Enlargement of Time was sent to Plaintiff via electronic filing upon the following :

Anna Darbinian
ASHERSON, KLEIN & DARBINIAN
9150 Wilshire Boulevard
Suite 210
Beverly Hills, CA 90212
(310) 247-6070

_____/s/_____
 LEILA J. LEVI
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., E-4825
Washington, D.C. 20530
(202) 353-4024
leila.levi@usdoj.gov